FILE COPY

No. 07-20-00358-CR

| | | |
|---|---|---|
| Jamie Lee Burns a/k/a Jamie Lee Nelson<br>    Appellant | § | From the 316th District Court<br>    of Hutchinson County |
| | § | |
| v. | § | September 30, 2021 |
| The State of Texas<br>    Appellee | § | Opinion by Chief Justice Quinn |

## J U D G M E N T

Pursuant to the opinion of the Court dated September 30, 2021, it is ordered, adjudged, and decreed that the judgment of the trial court be affirmed.

Inasmuch as this is an appeal *in forma pauperis,* no costs beyond those that have already been paid are adjudged.

It is further ordered that this decision be certified below for observance.

o O o